# EXHIBIT A



| ACCOUNT NUMBER | DATE DUE | AMOUNT DUE |
|---|---|---|
| 70711709 | No Payment Due | No Payment Due |

## ¡Gracias por recibirnos!

## Summary

Statement Date: 06/06/14
Page 1 of 2 for:
DONEYDA PEREZ
For Service at:
2127 W DOGWOOD AVE
ANAHEIM, CA 92801-3426

| | |
|---|---|
| Previous Balance | 0.00 |
| Payments | -46.47 |
| Current Charges & Fees | 56.99 |
| Adjustments & Credits | -11.00 |
| Taxes | 0.48 |
| **Amount Due** | **$0.00** |

En DIRECTV nos honra el poder divertirte, informarte y entretenerte como nadie más

## Activity

| Start | End | Description | Amount |
|---|---|---|---|
| | | Previous Balance | 0.00 |
| 06/06 | | Payment - Thank You - VISA | -46.47 |
| | | **Current Charges for Service Period 06/05/14 - 07/04/14** | |
| 06/05 | 07/04 | OPTIMO MAS Monthly | 50.99 |
| | | **Fees** | |
| 06/06 | | Primary TV | 6.00 |
| | | **Adjustments & Credits** | |
| 06/05 | 07/04 | OPTIMO MAS 36 Mo Instant Rebate:Mos 13-36 | -5.00 Credit |
| 06/06 | | Primary TV Free | -6.00 Credit |
| | | Sales Tax | 0.48 |
| | | **AMOUNT DUE** | **$0.00** |

Comuníquese con nosotros llamando al
**1-888-388-6622**

**En este momento no hay saldo pendiente de pago.**
Este estado de cuenta es sólo para su información.

**Invite Amigos a DIRECTV y Ahorre**
Ellos se inscriben en el 855-566-4388 y ud. gana $100 de crédito en la factura. Solo nuevos clientes. Hay condiciones.

**Reduzca la cantidad de papel que recibe por correo** - ¡obtenga esta factura electrónicamente! Para cambiar a facturación electrónica, solo utilice su información de cuenta indicada arriba para registrarse en DIRECTV.com, luego siga las indicaciones fáciles de "Go Paperless". Su factura mensual le será enviada por correo electrónico y podrá pagarla por Internet en cualquier momento.

1234

---



POR FAVOR DOBLE LA HOJA SOBRE LA PERFORACIÓN, DESPRENDA Y ENVIE ESTA PARTE DE LA HOJA CON SU PAGO

| DATE DUE | ACCOUNT NUMBER | AMOUNT DUE | PAYMENT ENCLOSED |
|---|---|---|---|
| No Payment Due | 70711709 | No Payment Due | |

(714) 875-3829

☐ Note my change of address on reverse side.
**DO NOT WRITE OTHER COMMENTS ON THIS FORM**

CONFIRMACIÓN de su suscripción al Pago Automático de Factura con TARJETA DE CRÉDITO. El pago se cobró en esta fecha de facturación. Ver arriba.

#BWNHPWR
#PGPGAAGPI9#
AB 02 001557 26998 B 9 B
DONEYDA PEREZ
2127 W DOGWOOD AVE
ANAHEIM CA 92801-3426

DIRECTV
PO BOX 54000
LOS ANGELES CA 90054-1000

00000000000000000070711709 9 0028 00000000 00000000 3