# EXHIBIT B

# Lonstein Law Office, P.C.

Attorneys and Counselors at Law

80 North Main St., P.O. Box 351
Ellenville, NY 12428
Telephone (845) 647-8509
Facsimile (845) 647-6277
Email: Assistant@Signallaw.com

*Wayne D. Lonstein
Julie Cohen Lonstein

Christopher Hufnagel

*also admitted in NJ, PA &MA

June 26, 2015

Oneida's Beauty & Barber Salon
Attn: Doneyda Perez
12342 Harbor Blvd
Garden Grove, CA 92840

<u>ATTORNEY WORK PRODUCT- FOR SETTLEMENT
PURPOSES ONLY- NOT TO BE USED IN LITIGATION</u>

Re:   DIRECTV, LLC v. Oneida's Beauty & Barber Salon, *et al.*
      Our File No. HS15-18CA-05
      Unauthorized Exhibition of DIRECTV Programming
      Date of Audit: April 8, 2015

Dear Ms. Perez,

In furtherance of today's correspondence with our office, I have attached the proposed Settlement Agreement. This Agreement may not be changed without written approval.

This settlement is contingent upon funds being received on or before **07/06/2015,** in accordance with the agreement terms. Failure to receive funds timely and in full will result in abandonment of the settlement and our client retains the right to pursue the claims for their full entitlement under the law, including attorney's fees.

Kindly return the executed Settlement Agreement via fax at 845-647-6277 or by email to assistant@signallaw.com and the payment of **$500.00** on or before **07/06/2015**. You may call the office to make a debit or credit card payment over the phone or submit payment using an alternative method, given below:

1. Wire Funds: please see attached wiring instructions

2. ACH Direct Debit: *Please see authorization form attached to fill out and return with a copy of a*

*void check by fax or email <u>no later than 5:00pm E.S.T., at least 1 business day prior to your scheduled payment due date.</u>*

3. Credit Card: please go to the following secure link to complete the transaction:

    https://pay1.plugnpay.com/bpl/dtvllo *(note: this website does not accept American Express cards.)*

4. American Express: please see authorization form attached for you to fill out and return by fax or email. Once you have returned the authorization form, please contact our office to make the payment.

5. Certified Checks: to be made payable to: <u>*LONSTEIN LAW OFFICE, P.C., as attorneys.*</u>

6. PayPal: please go to www.paypal.com and send payments to pay@signallaw.com.

Upon receipt of payment in full, a letter stating the file is closed along with the original fully executed Agreement will be sent to you after all terms of the Agreement are fulfilled.

Thank you for your assistance and courtesies herein.

Warm Regards,

**Angelina Mullen**, Legal Assistant
Lonstein Law Office, P.C.
80 N. Main St; P.O. Box 351
Ellenville, NY 12428
amullen@signallaw.com
Office: 845-647-8509 Ext. 319
Fax: 845-647-6277

## SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for **DIRECTV, LLC.** (the "Claimant"), and **Oneida's Beauty & Barber Salon located at 12342 Harbor Blvd, Garden Grove, CA 92840, and its owners, shareholders, employees and agents** (the "Establishment"), that all claims resulting from Establishment's unauthorized commercial misuse and display of DIRECTV Programming Services as of the date herein, are settled and the Establishment agrees to pay the sum of $5,000.00 in full settlement and satisfaction of this matter:

1. Said sum shall be paid as follows:
   (a) The full sum of $5,000.00, by an initial payment in the amount of $500.00 on or before July 6, 2015 via certified funds, credit card, direct account debit (ACH), or wire transfer to the escrow account for the attorney for the claimant.
   (b) The remainder sum of $4,500.00 shall be paid to Lonstein Law Office, P.C., as attorney for DIRECTV, by recurring payments in the amount of $500.00 via certified funds, credit card, direct account debit (ACH), wire transfer or PayPal for a period of 9 installments on day 6 of each consecutive month.
   (c) If paying by wire, wiring instructions are attached.
   (d) For payments via ACH direct debit, attached please find payment authorization for your client to fill out and return.
   (e) If paying by credit card, please go to the following secure link to complete the transaction:
   https://pay1.plugnpay.com/bpl/dtvllo (Note: this website does not accept American Express cards)
   (f) If paying by American Express, please see authorization form attached for you to fill out and return by fax or email. Once you have returned the authorization form, please contact our office to make the payment.
   (g) If paying by certified check, payment shall be made payable to LONSTEIN LAW OFFICE, P.C., as attorney, at 80 North Main St, P.O. Box 351, Ellenville, New York 12428 and is subject to collection.
   (h) If paying by PayPal, go to www.paypal.com and send payment to pay@signallaw.com

2. INTENTIONALLY OMITTED.

3. For the sole consideration of the payment of $5,000.00, Claimant hereby releases Establishment, its owners, employees and agents and the Establishment hereby releases Claimant, its agents, parents, subsidiaries, predecessors, successors, and attorneys from any and all liabilities, actions, causes of action, suits, debts, dues, sums of money, accounts, bonds, executions, claims and/or demands, whether fixed or contingent, known or unknown, and/or of any kind and/or nature whatsoever, which either Claimant or Establishment or its owners ever had, now has or may have, specifically limited to any and all claims which were and/or could have been asserted herein. The Parties agree and understand that this Agreement is a Release of a claim brought against **Oneida's Beauty & Barber Salon** or any of its **owners, shareholders, employees, and agents** for the commercial misuse of DIRECTV Programming and **DOES NOT INCLUDE** or contemplate any release of obligations under this Agreement or claims of DIRECTV that are predicated upon **Oneida's Beauty & Barber Salon** or any of its **owners, shareholders, employees, or agents** failure to pay any sum due to DIRECTV pursuant to any existing subscription agreement(s) with DIRECTV in existence as of the date of this agreement.

4. The Establishment hereby expressly warrants and represents that:

   A. The only consideration for executing this Agreement and for paying the total sum of $5,000.00, is DIRECTV's agreement to resolve the Dispute;

   B. No promise, warranty, or representation of any kind has been expressed or implied to the Establishment by Claimant, or by anyone acting for it, except as is expressly stated in this Agreement. Further, the Establishment is not relying upon any advice of the Claimant, or representatives, as to the legal consequences of this Agreement.

   C. The Establishment acknowledges displaying DIRECTV Programming in the establishment. Establishment recognizes that they have no lawful right to the exhibition of DIRECTV programming within Establishment which is not authorized on customer's commercial DIRECTV account.

   D. The Establishment acknowledges that this Agreement creates no warranty or representation of services on behalf of the Claimant as the provision of any and all services is governed by service agreements between Claimant and its customers, as modified from time to time.

5. Each of the parties to this Agreement acknowledges that they have been informed of the provision of California Civil Code § 1542, and each party expressly waives and relinquishes all rights which it or he had, has, may have had under that section, which reads as follows:

> "A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."

The parties to this Agreement acknowledge that they are aware that they may hereafter discover facts or law different from or in addition to those which they know or believe to be true with respect to the subject matter of this Agreement, or that they may have claims which, at the time of the execution of this Agreement, they have no knowledge or suspicion, or that the loss or damage presently known or claimed may be or become greater than they now expect or anticipate. The parties agree that their releases shall be and remain in effect at to the matters released, notwithstanding such unknown or unanticipated results, or such additional facts or law.

6. In the event that the Establishment defaults in the terms of this Agreement by failing to make any payment by the dates specified in paragraph 1 above, Claimant may, without notice or demand, declare the entire principal sum then unpaid immediately due and payable. In the case of such a default, this settlement Agreement will be abandoned in favor of seeking the full amount of statutory damages if not cured after ten (10) days written notice to establishment of the breach with an opportunity to cure.

7. **The signatories to this Agreement specifically represent that they have full authority to enter into same.** Furthermore, both Claimant and Establishment have had the opportunity to seek the benefit of legal counsel to explain the contents, terms, provisions, or effects of this Agreement and, whether or not either party has taken advantage of that opportunity, both parties are satisfied that they fully understand the provisions of this Agreement and its effects.

AGREED to this___ day of the month of _____, 2015.

DIRECTV, LLC.                              **Oneida's Beauty & Barber Salon**

By:_____                 By:_____
   Julie Cohen Lonstein, Esq.              Print Name:_____
   Lonstein Law Office, P.C.                     Oneida's Beauty & Barber Salon
   Attorneys for DirecTV                         12342 Harbor Blvd
   Office and P.O. Address                       Garden Grove, CA 92840
   80 N. Main St: P.O. Box 351
   Ellenville, New York  12428
   Telephone: (845) 647-8500
   Email: julie@signallaw.com