# EXHIBIT C

Term ID: 001

## Sale - Approved

| | | |
|---|---|---|
| Date | 07/02/15 | Time 13:03:47 |
| Method of Payment | Visa | |
| Entry Method | Manual | |
| Account # | XXXXXXXXXXXX3203 | |

Order ID HS1518CA05
Approval Code 140636
**Amount** **500.00**

Customer Copy

# Lonstein Law Office, P.C.

Attorneys and Counselors at Law

80 North Main Street, P.O. Box 351
Ellenville, NY 12428
Telephone (845) 647-8509
Facsimile (845) 647-6277
Email: Assistant@Signallaw.com

*Wayne D. Lonstein
Julie Cohen Lonstein

Christopher Hufnagel

*also admitted in NJ, PA &MA

August 7, 2015

Oneida's Beauty and Barber Salon
Attn: Doneyda Perez
12342 Harbor Blvd
Garden Grove, CA 92840

Re: DIRECTV, LLC v. Oneida's Beauty & Barber Salon, et al.
Our File No: HS15-18CA-05
Unauthorized Exhibition of DIRECTV Programming
Date of Audit: April 8, 2015

Dear Ms. Perez:

Please find enclosed credit card receipt from today's transaction, American Express Authorization form, and your billing schedule for subsequent monthly payments. Your next payment of **$500.00** is due on or before **09/06/2015.**

Warm Regards,

**Angelina Mullen**, Legal Assistant
Lonstein Law Office, P.C.
80 N. Main St; P.O. Box 351
Ellenville, NY 12428
amullen@signallaw.com
Office: 845-647-8509 Ext. 319
Fax: 845-647-6277

**** CONFIDENTIALITY NOTICE****

The information contained in this letter is privileged and confidential; intended only for the use of the addressee(s).
If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, copying or distribution of this communication is strictly prohibited. If you have received this communication in error, immediately notify the undersigned and you are instructed to delete all electronic copies and destroy any printed copies.

Term ID: 001

## Sale - Approved

| | | |
|---|---|---|
| Date | 08/07/15 | Time 14:33:26 |
| Method of Payment | Visa | |
| Entry Method | Manual | |
| Account # | XXXXXXXXXXXX4844 | |

Order ID HS1518CA05
Approval Code 123634
**Amount** **500.00**

Customer Copy

## AUTHORIZATION TO USE AMERICAN EXPRESS CARD

I, __DONeyda Perez__, hereby authorize Lonstein Law Office, P.C. to
    (print name)

use my American Express Card as the method of payment for the resolution of the legal claims against me. By my signature below, I acknowledge that the payment options specified below have been authorized by me.

Please check the One Time payment box if you are making a single payment. If you are making monthly payments, please check the Recurring payments box.

☐ One Time payment in the amount of $_____

☐ Recurring payments in the amount of $_____

Signature of Card Holder: _____

Print Name: _____

Date: _____

Total Amount to be Paid: $_____

Card Number: _____

LLO File #: _____

After signing, please scan and email to: assistant@signallaw.com

Or

Fax to: 845-647-6277

# Statement

## LONSTEIN LAW OFFICE, P.C.

6/1/2016

Ellenville, NY 12428
PO Box 351

845-647-8509

To:

Oneida'S Beauty & Barber Salon
12342 Harbor Blvd
Garden Grove, CA 92840

Email us at: **assistant@signallaw.com**

| Current Payment Due | $ | 0.00 |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 04/30/2015 | Balance forward | | 0.00 |
| 07/02/2015 | INV #17835. Due 07/02/2015. | 500.00 | 500.00 |
| | --- Settled Case $500.00 | | |
| 07/02/2015 | PMT Oneida's Beauty & Barber Salon | -500.00 | 0.00 |
| 08/06/2015 | INV #17836. Due 08/06/2015. | 500.00 | 500.00 |
| | --- Payment # 1 $500.00 | | |
| 08/07/2015 | PMT Oneida's Beauty & Barber Salon | -500.00 | 0.00 |
| 09/06/2015 | INV #17837. Due 09/06/2015. | 500.00 | 500.00 |
| | --- Payment # 2 $500.00 | | |
| 10/06/2015 | INV #17838. Due 10/06/2015. | 500.00 | 1,000.00 |
| | --- Payment # 3 $500.00 | | |
| 11/06/2015 | INV #17839. Due 11/06/2015. | 500.00 | 1,500.00 |
| | --- Payment # 4 $500.00 | | |
| 12/06/2015 | INV #17840. Due 12/06/2015. | 500.00 | 2,000.00 |
| | --- Payment # 5 $500.00 | | |
| 01/06/2016 | INV #17841. Due 01/06/2016. | 500.00 | 2,500.00 |
| | --- Payment # 6 $500.00 | | |
| 02/06/2016 | INV #17842. Due 02/06/2016. | 500.00 | 3,000.00 |
| | --- Payment # 7 $500.00 | | |
| 03/06/2016 | INV #17843. Due 03/06/2016. | 500.00 | 3,500.00 |
| | --- Payment # 8 $500.00 | | |
| 04/06/2016 | INV #17844. Due 04/06/2016. | 500.00 | 4,000.00 |
| | --- Payment # 9 $500.00 | | |

Please call the office to pay by phone at (845)647-8509, or with any questions regarding your current balance.

*In the event you already have an automatic payment plan set up, please disregard the outstanding balance as specified on this statement.

| Outstanding Balance |
| --- |
| $4,000.00 |