MAYER BROWN LLP
MATTHEW H. MARMOLEJO (SBN 242964)
 mmarmolejo@mayerbrown.com
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

ARCHIS A. PARASHARAMI (SBN 321661)
 aparasharami@mayerbrown.com
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3328
Facsimile: (202) 263-5328

Attorneys for Defendant DIRECTV, LLC, improperly named as DIRECTV Group Holdings, LLC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| DONEYDA PEREZ as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECTV GROUP HOLDINGS, LLC, a Delaware Corporation, LONSTEIN LAW OFFICES, P.C., a New York Professional Corporation; SIGNAL AUDITING, INC., a New York Corporation, JULIE COHEN LONSTEIN; and WAYNE M. LONSTEIN,<br><br>Defendants. | Case No. 8:16-cv-01440-JLS-DFM<br><br>**STIPULATION FOR DIRECTV, LLC TO FILE AN AMENDED ANSWER AND AFFIRMATIVE DEFENSES**<br><br>Second Amended Complaint Filed: February 20, 2019<br><br>Honorable Josephine L. Staton<br>Dept.: 10A, 10th Floor<br><br>(Filed concurrently herewith: [Proposed] Order) |

| | |
|---|---|
| 1 | Plaintiff Donyeda Perez and Defendant DIRECTV Group Holdings, LLC |
| 2 | ("DIRECTV") hereby stipulate and agree as follows: |
| 3 | WHEREAS, on February 20, 2019, Plaintiff filed a Second Amended |
| 4 | Complaint in this matter (Dkt. No. 104); |
| 5 | WHEREAS, on March 22, 2019, DIRECTV filed its Answer and |
| 6 | Affirmative Defenses to the Second Amended Complaint (Dkt. No. 105); |
| 7 | WHEREAS, on July 24, 2019, the Court issued its Scheduling Order that, |
| 8 | *inter alia*, provides for a September 24, 2019 cutoff for the parties to amend any |
| 9 | existing pleadings; |
| 10 | WHEREAS DIRECTV desires to amend its Answer and Affirmative |
| 11 | Defenses to (1) revise DIRECTV's responses to certain of Plaintiff's allegations, |
| 12 | and (2) to plead certain affirmative defenses not included in the operative Answer |
| 13 | and Affirmative Defenses; |
| 14 | WHEREAS Plaintiff and DIRECTV have agreed to stipulate to the filing of |
| 15 | DIRECTV's Amended Answer and Affirmative Defenses, attached hereto as |
| 16 | Exhibit A. |
| 17 | WHEREFORE, pursuant to Federal Rule of Civil Procedure 15(a), the |
| 18 | undersigned counsel for Plaintiff and DIRECTV hereby stipulate and agree, and |
| 19 | request the Court to approve, that DIRECTV shall be granted leave to file its |
| 20 | Amended Answer and Affirmative Defenses in the form attached hereto as |
| 21 | Exhibit A. |
| 22 | // |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

| | |
|---|---|
| Dated: September 12, 2019 | Respectfully submitted, |
| | MAYER BROWN LLP |
| | By: /s/ Matthew H. Marmolejo |
| | Matthew H. Marmolejo |
| | Attorneys for Defendant DIRECTV Group Holdings, LLC. |
| Dated: September 12, 2019 | Respectfully submitted, |
| | MAHONEY LAW GROUP, APC |
| | By: /s/ Katherine J. Odenbriet |
| | Katherine J. Odenbriet |
| | Attorneys for Plaintiff, Donyeda Perez |

**ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4 regarding signatures, I, Matthew H. Marmolejo, attest that concurrence in the filing of this document has been obtained by all of its signatories.

/s/ Matthew H. Marmolejo
Matthew H. Marmolejo