MAYER BROWN LLP
MATTHEW H. MARMOLEJO (SBN 242964)
 *mmarmolejo@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Telephone:  (213) 229-9500
Facsimile:  (213) 625-0248

ARCHIS A. PARASHARAMI (SBN 321661)
 *aparasharami@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone:  (202) 263-3328
Facsimile:  (202) 263-5328

Attorneys for Defendants
DIRECTV, LLC, DIRECTV Group Holdings, LLC, and DIRECTV Holdings, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| DONEYDA PEREZ as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECTV GROUP HOLDINGS, LLC, a Delaware Corporation, LONSTEIN LAW OFFICES, P.C., a New York Professional Corporation; SIGNAL AUDITING, INC. , a New York Corporation, JULIE COHEN LONSTEIN; and WAYNE M. LONSTEIN,<br><br>Defendants. | Case No. 8:16-cv-01440-JLS-DFM<br><br>**NOTICE OF MOTION FOR A PROTECTIVE ORDER PROHIBITING DISCLOSURE OF CLASS CONTACT INFORMATION AND STAYING CLASS DISCOVERY**<br><br>Third Amended Complaint Filed: January 16, 2020<br><br>Honorable Douglas F. McCormick<br>Dept.: 6B, 6th Floor<br><br>Hearing Date: None Set<br><br>[*Memorandum in Support of Motion, Declaration of Matthew H. Marmolejo, Declaration of Andrew Edelstein, Declaration of Naama Shemesh, and Proposed Order filed concurrently herewith*] |

**TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant DIRECTV, LLC ("DIRECTV") will and hereby does move this Court for a protective order (a) prohibiting the disclosure of putative class members' names and contact information to Ms. Perez and her counsel and (b) staying discovery with respect to putative class members other than Ms. Perez pending the outcome of DIRECTV's motion to deny class certification.

This Motion is based on the concurrently-filed Memorandum, Declaration of Matthew Marmolejo, Declaration of Andrew Edelstein, Declaration of Naama Shemesh, and Proposed Order, together with accompanying exhibits, and oral argument of counsel, if any.

At the deposition of plaintiff Doneyda Perez ("Plaintiff"), DIRECTV learned that Plaintiff made a false statement under oath and that she deleted evidence. Accordingly, DIRECTV intends to file a motion to deny class certification on the basis that Ms. Perez is an inadequate and atypical class representative. Conscious that DIRECTV planned to bring such a motion, Plaintiff's counsel demanded the immediate production of a list of individuals who received the STELA Notice and did not opt out—a list that Ms. Perez's counsel (inaccurately) refers to as the "class list." Ms. Perez's counsel concedes that they want this information so they can identify and contact potential substitute class representatives. However, as the Ninth Circuit recently ruled in *In re Williams-Sonoma, Inc.*, 947 F.3d 535 (9th Cir. 2020), it is impermissible to obtain discovery for the purpose of identifying a new plaintiff. Accordingly, by this Motion, DIRECTV seeks a protective order prohibiting the production of putative class members' names and contact information. DIRECTV also requests that the protective order stay class discovery in this matter, as its imminent motion to deny class certification may be dispositive of Plaintiff's class claims. *See, e.g., Quezambra v. United Domestic Workers of Am. AFSCME Local 3930*, 2019 WL 8108745, at *2 (C.D. Cal. Nov. 14, 2019) (Staton, D.J.) (holding it

is appropriate to stay discovery if a pending motion is "dispositive on the issue at which discovery is aimed").

DIRECTV's counsel first provided notice of this Motion during a telephonic meet-and-confer with counsel for Plaintiff and the other Defendants on April 27, 2020. DIRECTV's counsel further discussed the basis for this Motion during a telephonic meet-and-confer with counsel for Plaintiff and the other Defendants on April 28, 2020. During that meet-and-confer, Plaintiffs' counsel stated that Plaintiff would oppose DIRECTV's Motion, but the parties agreed to consolidate the briefing schedule for this Motion and the Plaintiffs' planned motion seeking production of the Lonstein List and Pilot Packets by June 1. The parties filed a stipulation agreeing to file their respective motions by May 1, 2020, and to file oppositions to those motions by May 8, 2020.

The contact information for Plaintiff's counsel is as follows:

Kevin Mahoney
Katherine J. Odenbreit
Atoy H. Wilson
Morgan Eileen Glynn
MAHONEY LAW GROUP, APC
249 E. Ocean Blvd., Ste. 814
Long Beach, CA 90802
Telephone: (562) 590-5550
Facsimile: (562) 590-8400
kmahoney@mahoney-law.net
kodenbreit@mahoney-law.net
awilson@mahoney-law.net
mglynn@mahoney-law.net

Lisa L. Clay
LAW OFFICES OF LISA L. CLAY
345 North Canal Street, Suite C202
Chicago, IL 60606
Telephone: (312) 753-5302
lisa@clayatlaw.com

Dated: May 1, 2020

Respectfully submitted,

MAYER BROWN LLP

By: */s/ Matthew H. Marmolejo*
Matthew H. Marmolejo

Attorneys for Defendant DIRECTV, LLC, DIRECTV Group Holdings, LLC, and DIRECTV Holdings, LLC