1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Katherine J. Odenbreit (SBN: 184619)
kodenbreit@mahoney-law.net
**MAHONEY LAW GROUP, APC**
249 East Ocean Blvd., Suite 814
Long Beach, CA  90802
Telephone: (562) 590-5550
Facsimile: (562) 590-8400

Lisa L. Clay (*Pro Hac Vice*)
lisa@clayatlaw.com
Lisa L. Clay, Attorney at Law
2100 Manchester Road, Suite 1612
Wheaton, IL 60187
Telephone: (630) 456-4818

Attorneys for Plaintiff DONEYDA PEREZ, as an individual, and on behalf of all
others similarly situated

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DONEYDA PEREZ as an individual and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>        vs.<br><br>DIRECTV GROUP HOLDINGS, LLC, a Delaware Corporation, LONSTEIN LAW OFFICES, P.C., a New York Professional Corporation; SIGNAL AUDITING, INC., a New York Corporation; JULIE COHEN LONSTEIN; and WAYNE D. LONSTEIN,<br><br>                Defendants. | CASE NO. 8:16-cv-01440-JLS-DFM<br><br>**Discovery Document: Referred to Magistrate Judge Douglas F. McCormick**<br><br>**JOINT STIPULATION TO AMEND AGREED BRIEFING SCHEDULE**<br><br>Third Amended Complaint Filed: January 16, 2020<br><br>Honorable Douglas F. McCormick Dept.: 6B, 6th Floor<br><br>*Proposed Order filed concurrently* |

1

JOINT STIPULATION FOR AMENDING AGREED BRIEFING SCHEDULE

Plaintiff Doneyda Perez ("Plaintiff") and Defendants DIRECTV, LLC, DIRECTV Group Holdings, LLC, DIRECTV Holdings, LLC (collectively "DIRECTV"), Lonstein Law Offices, P.C. ("LLO"), Julie Cohen Lonstein ("J. Lonstein"), Wayne D. Lonstein ("W. Lonstein" and, together with LLO and J. Lonstein, the "Lonstein Defendants"), and Signal Auditing, Inc. ("SAI" and, together with DIRECTV and the Lonstein Defendants, collectively "Defendants") by and through their respective attorneys of record below (collectively, both Plaintiff and Defendants the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on June 12, 2020 this Court suspended the requirements of Local Rule 37 and implemented a special process for bringing discovery disputes to the Court (ECF Dkt. No. 306);

WHEREAS, prior to that Order, DIRECTV had filed a proposed Order requesting that Plaintiff be ordered to produce certain information (i.e. the "DIRECTV Social Media Order");

WHEREAS, on June 24, 2020, the parties stipulated on the record at the June 24, 2020 hearing, that "opening briefs" regarding the DIRECTV Social Media Order, Plaintiff's privilege briefing regarding communications between LLO and DIRECTV (the "Crime Fraud brief"), and Plaintiff's privilege briefing regarding LLO Call Logs (the "Call Log brief") would be filed on June 30, 2020; that oppositions to those opening briefs would be filed on July 7, 2020, and that replies would be filed on July 10, 2020;

WHEREAS, the Court tentatively set the issues for hearing on July 14, 2020 based on this briefing schedule;

WHEREAS, on June 30, 2020 Plaintiff filed her Crime Fraud brief (totaling 32 pages with declarations exhibits) (Dkt. No. 327) and her Call Log brief (totaling 60 pages with declarations and exhibits) (Dkt. No. 328);

WHEREAS, on June 30, 2020, DIRECTV filed its DIRECTV Social Media

JOINT STIPULATION FOR AMENDING AGREED BRIEFING SCHEDULE

1 | Order brief (totaling 356 pages with exhibits) (Dkt. No. 330);

2 | WHEREAS, on June 30, 2020, LLO filed a brief regarding the Call Logs

3 | (Dkt. No. 324), and also a brief regarding its discovery requests relating to access

4 | to Plaintiff's Facebook account (totaling 275 pages with declarations and exhibits)

5 | (Dkt. No. 326);

6 | WHEREAS, on July 2, 2020, the Parties met and conferred to discuss

7 | Plaintiff's concerns that (1) DIRECTV's brief was more voluminous than

8 | anticipated, and Plaintiff would need more than the seven stipulated days to

9 | respond; (2) LLO's brief regarding access to Plaintiff's Facebook account related

10 | to discovery disputes between Plaintiff and LLO that Plaintiff believed had not

11 | been properly addressed through the Court's June 12, 2020 meet and confer

12 | process, and was therefore premature; and (3) LLO's opening brief regarding the

13 | Call Logs was unnecessary because LLO is not the moving party as to the issue;

14 | WHEREAS, during the course of those meet and confer discussions Plaintiff

15 | requested additional time to address the complicated arguments in DIRECTV's

16 | Social Media Order briefing and DIRECTV agreed to that request;

17 | WHEREAS, also during that meet and confer discussion, Plaintiff and LLO

18 | agreed that LLO's briefs would be withdrawn without prejudice to conserve

19 | resources, and that as to LLO's brief regarding Facebook, such withdrawal was

20 | based on Plaintiff's concern regarding LLO's compliance with the Court's June 12,

21 | 2020 Order;

22 | THEREFORE, the Parties agree and stipulate the following proposed

23 | amended briefing schedule for consideration by the Court:

24 | 1. All Defendants' respective oppositions to Plaintiff's Crime Fraud brief

25 | and Call Log brief (ECF Dkt. Nos. 327 and 328) shall be due on Friday,

26 | July 10, 2020;

27 |

28 |

3

JOINT STIPULATION FOR AMENDING AGREED BRIEFING SCHEDULE

1      2.  Plaintiff's opposition to DIRECTV's Facebook Order brief (ECF Dkt.

2          No. 330) will be due on Friday, July 10, 2020;

3      3.  Replies to the above motions will be due on July 17, 2020;

4      4.  The Court will reset the July 14, 2020 hearing for a date after July 17,

5          2020.

6          IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

7

8  DATED: July 3, 2020         **MAHONEY LAW GROUP, APC**
                                  **LISA L. CLAY, ATTORNEY AT LAW**

9

10

11                          By:      *s/ Katherine J. Odenbreit*

12                               Katherine J. Odenbreit
                               Attorneys for Plaintiff DONEYDA

13                               PEREZ

14

15  DATED: July 3, 2020         MAYER BROWN LLP

16

17

18                          By:      *s/ Matthew H. Marmolejo*

19                                 Matthew H. Marmolejo
                               Attorneys for Defendant DIRECTV

20                               GROUP HOLDINGS, LLC

21  DATED:  July 3, 2020       ROPERS MAJESKI KOHN BENTLEY

22

23

24                          By:      *s/ Jeffrey R. Gillette*

25                                   Jeffrey R. Gillette
                               Attorneys for Defendant SIGNAL

26                               AUDITING, INC.

27

28

4

1  DATED: July 3, 2020

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS BRISBOIS BISGAARD
& SMITH LLP


By: _____*s/ Ryan D. Harvey*_____
Ryan D. Harvey
Attorneys for Defendants WAYNE D.
LONSTEIN, JULIE COHEN LONSTEIN,
and LONSTEIN LAW OFFICES, P.C.

5

JOINT STIPULATION FOR AMENDING AGREED BRIEFING SCHEDULE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4 regarding signatures, I, Katherine J. Odenbreit, attest that concurrence in the filing of this document has been obtained by all of its signatories.

*/s Katherine J. Odenbreit*
Katherine J. Odenbreit

6

JOINT STIPULATION FOR AMENDING AGREED BRIEFING SCHEDULE