# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONEYDA PEREZ as an individual and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTV GROUP HOLDINGS, LLC, a Delaware Corporation, LONSTEIN LAW OFFICES, P.C., a New York Professional Corporation; SIGNAL AUDITING, INC., a New York Corporation, JULIE COHEN LONSTEIN and WAYNE M. LONSTEIN,<br><br>　　　　　Defendants. | Case No.: 8:16-CV-01440-JLS-DFM<br><br>**ORDER CONTINUING STAY BUT DENYING REQUEST TO SET PRELIMINARY APPROVAL HEARING** |

|   |   |
|---|---|
| 1 | The Court having read and considered the Status Report filed by Plaintiffs and Defendants and Counter-Claimants DIRECTV, LLC, DIRECTV GROUP HOLDINGS, LLC and DIRECTV HOLDINGS, LLC (the "DIRECTV Defendants"), and Defendant SIGNAL AUDITING, INC. ("Signal") hereby continues the stay of the case until and including November 23, 2021 to provide the parties further time to finalize settlement, and provide notice of settlement to the Court and a date by which they anticipate filing a Motion for Preliminary Approval of Settlement.  **No further extensions will be granted**. |

The Court having read and considered the Status Report filed by Plaintiffs and Defendants and Counter-Claimants DIRECTV, LLC, DIRECTV GROUP HOLDINGS, LLC and DIRECTV HOLDINGS, LLC (the "DIRECTV Defendants"), and Defendant SIGNAL AUDITING, INC. ("Signal") hereby continues the stay of the case until and including November 23, 2021 to provide the parties further time to finalize settlement, and provide notice of settlement to the Court and a date by which they anticipate filing a Motion for Preliminary Approval of Settlement.  **No further extensions will be granted**.

The Court does not reserve hearing dates and **DENIES** the request to reserve a hearing date for an anticipated, but as yet unfiled, Motion for Preliminary Approval of Settlement.

**IT IS SO ORDERED.**

Dated: September 27, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE