# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONEYDA PEREZ as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECTV GROUP HOLDINGS, LLC, a Delaware Corporation, LONSTEIN LAW OFFICES, P.C., a New York Professional Corporation; SIGNAL AUDITING, INC., a New York Corporation, JULIE COHEN LONSTEIN; and WAYNE M. LONSTEIN,<br><br>Defendants. | Case No. 8:16-cv-01440-JLS-DFM<br><br>**ORDER GRANTING LEAVE TO EXEND PAGE LIMIT FOR MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

**ORDER**

The Court has read and considered the Stipulation to Request Leave to Extend Page Limit for Motion for Preliminary Approval of Class Action Settlement (Doc. 617) submitted by Plaintiffs Doneyda Perez, Marlys Nissen and Danny Nissen, individually and on behalf of Mo's One More Lounge, Joseph Angelo, individually and on behalf of Stuft Surfer Café, Inc., Gregory G. Laplante, individually and on behalf of G and G Smog Test Center dba G and G Smog (collectively "Plaintiffs") and Defendants DIRECTV Group Holdings, LLC, DIRECTV, LLC, and DIRECTV Holdings, LLC (collectively, the "DIRECTV Defendants") and rules as follows:

The page limit for the Memorandum of Points and Authorities in support of Plaintiffs' Motion for Preliminary Approval of the Settlement is hereby extended to 40 pages.

IT IS SO ORDERED.

DATED: March 10, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE