Kevin Mahoney (SBN: 235367)
kmahoney@mahoney-law.net
Katherine J. Odenbreit (SBN: 184619)
kodenbreit@mahoney-law.net
Kate Nicole G. Blanco (SBC: 31344)
Kblanco@mahoney-law.net
**MAHONEY LAW GROUP, APC**
249 East Ocean Blvd., Suite 814
Long Beach, CA  90802
Telephone: (562) 590-5550
Facsimile: (562) 590-8400

Lisa L. Clay (*Pro Hac Vice*)
lisa@clayatlaw.com
**LISA L. CLAY, ATTORNEY AT LAW**
2100 Manchester Road, Suite 1612
Wheaton, IL 60187
Telephone: (630) 456-4818

Attorneys for Plaintiffs DONEYDA PEREZ, DANNY NISSEN, MARLYS NISSEN, JOSEPH ANGELO, GREGOGRY LAPLANTE and PAUL HOLT, individually and on behalf of their respective businesses, and on behalf of all others similarly situated.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| DONEYDA PEREZ as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV GROUP HOLDINGS, LLC, a Delaware Corporation, LONSTEIN LAW OFFICES, P.C., a New York Professional Corporation; SIGNAL AUDITING, INC., a New York Corporation, JULIE COHEN LONSTEIN and WAYNE M. LONSTEIN,<br><br>Defendants. | Case No.  8:16-CV-01440-JLS-DFM<br><br>**DECLARATION OF KEVIN MAHONEY IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Date:   August 19, 2022<br>Time:   10:30 a.m.<br>Dept.:   8A<br><br>Fourth Amended Complaint Filed:<br>  December 17, 2020 |

- 1 -
DECLARATION OF KEVIN MAHONEY

## DECLARATION OF KEVIN MAHONEY

I, Kevin Mahoney hereby declare as follows:

1. I am an attorney duly admitted to practice law before the courts in the State of California. Unless otherwise specified, I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently thereto, without intending to waive any attorney-client privilege.

2. I am the principal at Mahoney Law Group, APC, and counsel of record, along with Katherine Odenbreit for Plaintiffs Doneyda Perez, Joseph Angelo, Marlys Nissen, Danny Nissen, Gregory Laplante and Paul Holt in the matter of *Perez et al. v. DIRECTV, et al.*, USDC Case No. 8:16-CV-01440-JLS-DFM.

3. This declaration is submitted in support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement, filed concurrently herewith.

## **EXPERIENCE OF COUNSEL**

4. Class counsel is qualified because of my firm and our co-counsel's experience in handling class action matters. Class counsel specializes in, and has extensive experience, handling consumer and wage and hour class actions.

5. Since on or about 2007, I have been involved in the litigation and settlement of many employment law class action matters to completion through the final approval process. The class size of the matters ranged from approximately 150 to over 45,000. The class matters handled by our firm include both employment and consumer issues.

6. In August of 2009, I voluntarily resigned from Rose, Klein and Marias and co-founded Mahoney, Perry and Burrows, in Long Beach, California (now Mahoney Law Group, APC). I am the principal at Mahoney Law Group, APC in Long Beach, California. The firm currently employs eleven (11) attorneys and the practice is focused on representing employees in state and federal wage and hour class actions and consumer class actions.

7. Mahoney Law Group, APC currently serves as lead counsel and/or

co-counsel in numerous consumer and wage and hour class action litigation in the Los Angeles Superior Court, Orange County Superior Court, and United States District Court for the Central District of California. Some examples of cases where I am serving or have served as lead and/or co-counsel include: *Verity Health Employee Data Breach Cases,* case number JCCP 4950; *Riffel v. The Regents of Univ. of California,* case number 2:19-cv-02826-CAS-RAO (C.D. Cal.) [University admission scandal cases]; *Riffel v. University of Southern California,* case number 5:19-cv-08466-ETD (E.D. Cal.) [University admission scandal cases]; *Disimone v. State of California,* case number CGC-16-55248, San Francisco Sup. Ct. [class action challenging tax on tampons]; *Valerie Brooks v Life Care Centers of America, Inc. et al.*, case number SACV 12-00659-CJC(RNBx); *Harvey Holt, et al. v. Parsec, Inc.,* case number CV-9540-VBF; *Dorothy Berry v. Brierwood Terrace Convalescent Hospital, et al.,* case number BC437781; *Dante Booker v The Goodyear Tire and Rubber Company*, case number BC498399; *Manuel Diaz v Excel Sheet Metal, Inc.*, case number BC504033; *Fernando Albiar, et al. v. Spectrum Athletics-Canoga Park, et al.* case number BC413860; *Gerardo Ortega, et al. v. CR & R Inc.,* case number BC414434; *William Davis v Pacific Hospital of Long Beach, et al.* case number BC488542; *Kurt Casadine v Maxim Healthcare Services, Inc.*, case number CV 12-10078-DMG (CWx); *Deborah Cabanillas v Lakewood Park Manor Healthcare, Inc. et al.* case number BC443859 *Daniel Branch v. Indiana Plumbing Supply, Co. Inc. et al.*, case number BC425627; *Butch Calvo v. Providence Health Systems-Southern California, et al.* case number BC419843; *John De La Torre Cri-Help, Inc.*, case number BC508430; *Esmerelda Fernandez, et al v Teva Parenteral Medicines, Inc.*, case number 30-2010-00412849-CU-OE-CXC; *Kimya Oliver, et al. v. College Health Enterprise, et al.* case number BC406481; *Audi Velazquez v. New Vista Health Services, Inc.*, case number BC 424797; *Rick Wilcox, et al. v. Presbyterian Intercommunity Hospital, et al.*, case number BC 424796; *Gardner v. Longwood Management Corp.*, case Nos.

BC377127; and *Davis v. Vital Care, Inc.,* case number BC385484; *Raenan Guadez, et al v Sega Gameworks, LLC,* case number CIVRS1105099; *Erica Teyuca v Pacific Alliance Medical Center, Inc.,* case number BC459422; *Yessenia Martinez v Fresh & Easy Neighborhood Market, Inc.,* case number CIVRS1104607; and *Maria Zimmerman v Quality Children's Services*, case number BC472001.

8. My firm committed the resources necessary to litigate this case in terms of both funding expenses and committing significant personnel. Expenses incurred in this case exceeded one hundred fifty thousand dollars ($150,000.00) which included filing fees, travel expenses, service of process expenses and expert witness and consultant fees. The firm has a contingency agreement with Plaintiffs in this action. Therefore, during the 5 ½ years this case has been pending, Mahoney Law Group has received no payment. The firm also took this case understanding the risk the firm could recovery nothing for attorneys' fees and costs.

9. I have never faced any disciplinary action or received any sanction for misconduct or an ethical violation.

10. Neither myself nor the firm have any known conflicts of interest with the class. Our firm does not have any financial or other interest in any of the Defendants. The firm also does not represent any class member in an individual capacity. I do not have any financial interest in the chosen administrator, Simpluris.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Dated this 21st day of March, 2022 at Long Beach, California.

*s/ Kevin Mahoney*
Kevin Mahoney