Kevin Mahoney (SBN: 235367)
kmahoney@mahoney-law.net
Katherine J. Odenbreit (SBN: 184619)
kodenbreit@mahoney-law.net
Kate Nicole G. Blanco (SBN: 331344)
kblanco@mahoney-law.net
**MAHONEY LAW GROUP, APC**
249 East Ocean Blvd., Suite 814
Long Beach, CA 90802
Telephone: (562) 590-5550
Facsimile: (562) 590-8400

Lisa L. Clay (*Pro Hac Vice*)
lisa@clayatlaw.com
**LISA L. CLAY, ATTORNEY AT LAW**
2100 Manchester Road, Suite 1612
Wheaton, IL 60187
Telephone: (630) 456-4818

Attorneys for Plaintiffs DONEYDA PEREZ, DANNY NISSEN, MARLYS NISSEN, JOSEPH ANGELO, GREGORY LAPLANTE and PAUL HOLT, individually and on behalf of their respective businesses, and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| DONEYDA PEREZ as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV GROUP HOLDINGS, LLC, a Delaware Corporation, LONSTEIN LAW OFFICES, P.C., a New York Professional Corporation; SIGNAL AUDITING, INC., a New York Corporation, JULIE COHEN LONSTEIN and WAYNE M. LONSTEIN,<br><br>Defendants. | Case No.: 8:16-CV-01440-JLS-DFM<br><br>**DECLARATION OF ERIC LEE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:   August 19, 2022<br>Time:   10:30 a.m.<br>Dept.:  8A<br><br>Fourth Amended Complaint Filed: December 17, 2020 |

- 1 -
DECLARATION OF ERIC LEE

## DECLARATION OF ERIC LEE

I, Eric Lee, do hereby certify and declare as follows:

1. I was retained on July 23, 2020 by the law firm, Mahoney Law Group, APC ("**Class Counsel**"), on behalf of Plaintiffs, Doneyda Perez and others similarly situated ("**Class**"), in connection with the class action litigation, DONYEDA PEREZ, and others similarly situated v. DIRECTV GROUP HOLDINGS, LLC, et al. ("**Defendants**"), Case No. 8:16-CV-01440-JLS-DFM, pending in the United States District Court, Central District of California.

I. **BACKGROUND AND EXPERIENCE**

2. I am a Managing Director with B. Riley Advisory serving as a financial and fraud expert with over 20 years of experience. I am a Certified Fraud Examiner and Certified Insolvency and Restructuring Advisor. I regularly provide accounting, financial, economic, forensic, and fraud-related consulting services to clients, including legal counsel, boards of directors, executive management, and governmental entities. I have my Bachelor of Science degree in Accounting from Arizona State University.

3. Previous to joining B. Riley Advisory, I spent over 12 years in litigation, forensic and bankruptcy consulting with international and regional public accounting firms. Prior to my career in consulting services, I spent over seven years as a Special Agent with the Federal government. During my tenure as a Special Agent, I investigated criminal and civil violations relating to fraud, money laundering, theft and embezzlement, public corruption, and tax evasion.

4. I have provided financial, forensic and expert witness services, including the calculation of damages in numerous complex class action disputes. I have prepared expert reports, affidavits and disclosures and testified/presented as an expert in Federal, State, Military and U.S. Bankruptcy courts as well as in alternative dispute resolutions. I have also presented findings to the Department of Justice, the Securities and Exchange Commission, and state attorneys general. **Exhibit 1**

accompanying this declaration is my curriculum vitae that further details my qualifications.

## II. PLATT SPREADSHEET

5. I was originally provided records from Class Counsel on July 6, 2021 ("**Platt Spreadsheet**"), which they indicated are records created by a Court-appointed expert containing information regarding payments made by potential members of the Class.[1] The Platt Spreadsheet includes the relevant data fields: case number and code; date open; audit type and description; postage amount (EXPPOSFE1); and settlement amount (SETTAMT). I was instructed by Class Counsel to exclude 6,821 cases where there was no value in either the EXPPOSFE1 or SETTAMT data fields. The remaining 16,733 cases, where there was a value in either field, are included as members of the settlement class ("**Settlement Class**").

## III. SETTLEMENT ALLOCATION

6. I understand from Class Counsel the estimated net settlement amount available for allocation is approximately $5,956,666.67 ("**Net Settlement Amount**").[2] I was asked by Class Counsel to identify the cases associated with the EXPPOSFE1 and SETTAMT data fields. There are 8,160 cases with an amount in the EXPPOSFE1 field but no amount in the SETTAMT field. There are 25 cases where the SETTAMT is between $0.01 and $20. The next highest SETTAMT indicated is $955.00. There are 8,548 cases where the SETTAMT is between $955 to $18,000.[3]

7. To allocate the Net Settlement Amount across the Settlement Class, I was first asked to separate the individual cases into three settlement categories ("**Settlement Category**"):

---

[1] Source: DTV – Postage and Payments R1 – Redacted. Provided by Class Counsel on July 6, 2021.

[2] If the Net Settlement Amount changes, the calculation of Pro-Rata settlement amounts can be adjusted.

[3] 8,438 cases (99%) have settlement amounts between $1,000 and $10,000.00.

- Postage – 8,160 cases with an amount in the EXPPOSFE1 field but no amount in the SETTAMT field;
- Fixed – 25 cases where the SETTAMT field is between $0.01 and $20; and,
- Pro-Rata – 8,548 cases where the SETTAMT field is greater than $20 (between $955 to $18,000).

8. For the Postage and Fixed Categories, I was instructed by Class Counsel that the settlement allocation for each case is a fixed $25.00 ("**Settlement – Fixed**"). For the 8,185 total cases in those Categories, the total settlement allocation is $204,625.

9. For the Pro-Rata Category, the settlement allocation is based on pro-rata share of the remaining Net Settlement Amount of $5,752,041.67 (Net Settlement Amount less $204,625 from the Settlement – Fixed). The pro-rata allocation pays out approximately 12.7% of the amount each case paid in the SETTAMT.

10. I first calculated the pro-rata percentage for each case, by taking the individual case SETTAMT and dividing it by the total SETTAMT for the Pro-Rata Category ($45,330,540). For example, a case that had a Payment Amount of $10,000 receives a .022% pro-rata allocation ($10,000/$45,330,540).

11. I then took the individual pro-rata allocation and multiplied it by the remaining Net Settlement Amount. The result identifies the settlement amounts for the 8,548 cases in the Pro-Rata Category ("**Settlement – Pro-Rata**").[4]

12. The settlement allocation for the three categories is summarized in the table below.

---

[4] Due to rounding of the Settlement – Pro-Rata amounts, the total settlement allocation is less than the Settlement Amount.

**Settlement Allocation Summary**

| Settlement Category | # of Cases | SETTAMT | Settlement Amount |
|---|---|---|---|
| Postage | 8,160 | $ - | $ 204,000 |
| Fixed | 25 | $ 20 | $ 625 |
| Pro-Rata | 8,548 | $ 45,330,540 | $ 5,752,023 |
| **TOTAL** | **16,733** | **$ 45,335,722** | **$ 5,956,648** |

13. I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct, and that this Declaration was executed this 18th day of March, 2022 in Phoenix, Arizona.

_____
Eric Lee, CFE, CIRA

**EXHIBIT 1**

# ERIC LEE  CFE, CIRA
## MANAGING DIRECTOR

elee@brileyfin.com
(602) 567-2546
vCard



Eric Lee is a financial and fraud expert with more than 20 years of experience. He serves in the consulting and testifying expert roles in litigation, forensic accounting, fraud and investigation services, bankruptcy and restructuring, and criminal matters both in the United States and Internationally. He is a Certified Fraud Examiner and Certified Insolvency and Restructuring Advisor. Eric has prepared expert reports, affidavits and disclosures and testified as an expert in federal, state, military and alternative dispute resolution jurisdictions and presented his findings before the DOJ, SEC, and State Attorneys General.

Before joining B. Riley Advisory Services, Eric spent over 12 years in litigation, forensic and bankruptcy consulting with regional and international consulting firms. Prior to his career in consulting services, Eric spent over seven years as a Special Agent with the Federal government. During his tenure as a Special Agent, Eric investigated criminal violations relating to fraud, money laundering, theft and embezzlement, public corruption and tax evasion.

Eric's significant experience includes:

- Forensic Accounting and Financial Analysis - Extensive experience conducting complex financial analysis and forensics related to multi-million dollar fraud schemes, analysis of complex financial accounts and transactions, fraudulent transfer and conveyance, analysis of securities transactions and international investigations.

- Litigation Support - Significant experience related to economic damages and loss calculations analysis, financial expert opinions and rebuttal of expert opinions, discovery and trial preparation, testimony & cross/rebuttal preparation, depositions and document management.

- White-Collar Fraud Investigations - Experience in conducting civil and criminal investigations into violations of corporate fraud, theft and embezzlement, white-collar fraud, money laundering, Foreign Corrupt Practices Act (FCPA) violations, and tax evasion, among others. Significant experience leading national and international investigations, conducting interviews of witnesses and subjects and the collection and preservation of evidence.

- Bankruptcy and Restructuring - Conducted bankruptcy and restructuring related consulting and expert witness engagements such as: fraudulent conveyance; feasibility analysis (debtor and creditor); criminal defense expert for bankruptcy-related charges; surviving officer liquidation; receivership; distressed company consulting and debtor/creditor financial expert.

- Criminal Financial Expert - Retained by private counsel, the government, the public defender's office and appointed by federal courts as a criminal financial expert in cases related to bank, wire and mail fraud, bankruptcy fraud, tax evasion, money laundering, theft and embezzlement. Submitted expert reports, affidavits and disclosures and testified/presented as an expert in federal, state and military jurisdictions.

Eric received his Bachelor of Science in Accounting from Arizona State University. Eric is a Certified Fraud Examiner (CFE) and Certified Insolvency and Restructuring Advisor (CIRA).

**Specialties:**
Bankruptcy Proceedings
Damages & Lost Profit Analysis
Expert Witness
Forensic Accounting
Fraud Investigation
Internal Investigations
Litigation Support
Ponzi Schemes
Turnarounds/Restructurings
White Collar Crime

**Industries:**
Energy
Healthcare
Financial Institution
Construction
Government

B | RILEY *Advisory Services*
a B. Riley Financial company

## Eric Lee Curriculum Vitae
**Professional Qualifications and Memberships**

- Certified Fraud Examiner (CFE)
- Member, Association of Certified Fraud Examiners (ACFE)
- ACFE Advisory Council
- Certified Insolvency and Restructuring Advisor (CIRA)
- Member, Association of Insolvency & Restructuring Advisors (AIRA)
- Member, American Institute of Certified Public Accountants (AICPA)

### Other Professional Information

- B. Riley Financial: 2020 - Present
- Keegan Linscott & Associates, PC: 2015 – 2020
- Grant Thornton LLP: 2008 – 2015
- Department of the Treasury: Internal Revenue Service - Criminal Investigation: 2001 - 2008

### Testimony and Expert Reporting

- United States District Court (Arizona, California, Idaho, New Jersey, Texas)
- United States Bankruptcy Court (District of Arizona)
- State Superior Courts (Arizona, California, Colorado)
- United States Military Court
- United States Department of Justice
- United States Securities and Exchange Commission
- State Attorneys General (Arizona, New Jersey)
- Financial Industry Regulatory Authority (FINRA) Dispute Resolution
- JAMS, Alternative Dispute Resolution
- American Arbitration Association

## Eric Lee Curriculum Vitae
### Authorships and Presentations (limited to last ten years)

- "Communications in Litigation and Dispute Services" (April 2019, AICPA Forensic & Valuation Services Webcast)

- *"Appendix C: Communications for White-Collar Crime and Criminal Litigation in Litigation and Dispute Services"* (March 2019, AICPA Forensic & Valuation Services Practice Aid, Communications in Litigation and Dispute Services)

- *"Using Financial Experts in Civil and Criminal Fraud Cases"* (March 2019, article published in Arizona Bar 2019 Expert Witness Guide)

- "Lost Profits 101" (February 2019, Clark Hill CLE Presentation)

- "Low-Tech Fraud in a High-Tech World" (November 2018, AZ Tech Council Presentation)

- *"The Exploding Costs of Employment Litigation"* (May 2017, article published in the Maricopa and Pima County Bar Association publications)

- "Lost Profits 101" (January 2016, Tucson Defense Bar Presentation)

- "Fraud in the Workplace" (May 2015, Benson Rotary Club Presentation)

- *"Fraud in All the Wrong Places"* (February 2015, article published in the BizTucson Magazine)

- *"Leave No Stone Unturned . . . Following even the smallest leads can pay big dividends in identifying fraud"* (July 2013, article published in the Association of Certified Fraud Examiners - Fraud magazine)

- "How to Take a Proactive Approach to Internal Investigations" (February 2013, Gallagher and Kennedy)

- "Civil Litigation Case Management: Tips, Tricks and Potential Pitfalls" (December 2012, Arizona Society of Certified Public Accountants (ASCPA) – Forensic and Litigation Services Conference)

- "Bribery and Corruption Risks" (Fall 2012, Grant Thornton, Salt Lake City and Phoenix Presentation)

- "Real Estate and Mortgage Fraud: Overview, Trends and Schemes" (October 2012, West Maricopa County Bar Association Presentation)

- "Fraud in Real Estate Transactions: Overview, Trends and Schemes" (October 2012, Dallas Bar Association Presentation)

**Eric Lee Curriculum Vitae**
**Testimony and Expert Reporting Case Citations (limited to last four years)**

**UNITED STATES v. ALFREDO HINOJOSA, et al.**
United States District Court, Northern District of Texas
Attorneys for the Prosecution: U.S. Department of Justice
Attorneys for Defendants: Chris Lewis and Associates; U.S. Federal Defender's Office
(Expert Disclosure and Testimony)

**ST. MARKS WORLD, INC., at al. v. DR. MICHAEL MORGAN**
JAMS Arbitration, New York
Attorneys for the Claimant: Griffin Hamersky LLP
Attorneys for Respondent: JDE Law Firm
(Expert Report and Testimony)

**UNITED STATES v. PAVEL BABICHENKO, et al.**
United States District Court, District of Idaho
Attorneys for the Prosecution: U.S. Department of Justice
Attorneys for Defendants: U.S. Federal Defender's Office
(Expert Disclosure and Testimony)

**AU CARD, LLC v. MEGAN BURTON**
American Arbitration Association, State of Georgia
Attorneys for the Claimant: Miller & Martin PLLC
Attorneys for Respondent: Koenig Law Group, P.C.
(Expert Report and Testimony)

**RONALD PRATTE v. JEFFREY BARDWELL AND FANNY BARDWELL**
United States District Court, District of Arizona
Attorneys for the Plaintiff: Kercsmar & Feltus, PLLC
Attorneys for Defendants: Law Offices of Thomas J. Marlowe
(Expert Report and Deposition)

**MAJESTIC DUDE RANCH v. RANCHO DE LA OSA GUEST RANCH**
Superior Court of Arizona, County of Pima
Attorneys for the Plaintiffs: Remick West-Watt, PLC
Attorneys for Defendants: Bosse Rollman PC
(Expert Report)

**CONRAD SWANSON v. PERFECT SEARCH CORPORATION**
Superior Court of Arizona, County of Maricopa
Attorneys for the Plaintiffs: Matheson & Matheson, P.L.C.
Attorneys for Defendants: Gordon Rees Scully Mansukhani
(Expert Report and Deposition)

**B|RILEY Advisory Services**

## Eric Lee Curriculum Vitae
### Testimony and Expert Reporting Case Citations – continued (limited to last four years)

**UNITED STATES v. 1ST SARGEANT LASCELLES CHAMBERS**
United States Military Court, South Carolina
Attorneys for the Plaintiffs: U.S. Marine Corps, Judge Advocate
Attorneys for Defendants: U.S. Marines Corps, Judge Advocate
(Expert Testimony)

**NOVA FINANCIAL v. MICHAEL and JULISSA McDERMOTT**
United States District Court, District of Arizona
Attorneys for the Plaintiffs: Farhang & Medoff
Attorneys for Defendants: Lang & Klain, P.C.
(Expert Report)

**KIM NUESS, et al. v. RUBI ROSE, LLC, d/b/a DAPPLE BABY, et al.**
United States District Court, District of New Jersey
Attorneys for the Plaintiffs: Eichen Crutchlow Zaslow & McElroy, LLP
Attorneys for Defendants: Mintz Levin Cohn Ferris Glovsky & Popeo, P.C.
(Expert Report)

**GILBERT ARIAS and EVELYN ARIAS. v. TRANSCOR AMERICA, LLC, et al.**
United States District Court, District of Arizona
Attorneys for the Plaintiffs: Apex Trial Law
Attorneys for Defendants: Struck Love Bojanowski & Acedo, PLC
(Expert Report and Testimony)

**ICON PROFESSIONAL BUILDING COMPANY, LLC, et al. v. MARK S. HIERLMEIER**
Superior Court of Arizona, County of Maricopa
Attorneys for the Plaintiffs: Tiffany & Bosco, P.A.
Attorneys for Defendants: The Law Office of D. John Djordjevich
(Expert Report and Deposition)

**JOHNSON BANK v. CLIFTON LARSEN ALLEN**
Superior Court of Arizona, County of Maricopa
Attorneys for the Plaintiffs: Polsinelli P.C.
Attorneys for Defendants: Moss & Barnett
(Expert Report)

**FAMCOR OIL, ET AL. v. JAMES E. CARMICHAEL, ET AL.**
Superior Court of Arizona, County of Maricopa
Attorneys for the Plaintiffs: Bourque Law Firm, P.C.
Attorneys for Defendants: JacksonWhite P.C.
(Expert Report and Deposition)

# Eric Lee Curriculum Vitae
## Testimony and Expert Reporting Case Citations – continued (limited to last four years)

**STATE OF ARIZONA v. TAYLOR A. BRENNAN**

Superior Court of Arizona, County of Yavapai

Attorneys for the Plaintiff: State of Arizona

Attorneys for Defendant: Musgrove Drutz Kack & Flack, PC

(Expert Report and Deposition)

**SAWTOOTH MOUNTAINS FARM, LLC v. WALTON INTL. GROUP (USA), INC., ET AL.**

Superior Court of Arizona, County of Maricopa, Case No. CV2015-004321

Attorneys for the Plaintiff: Baker Law Offices

Attorneys for Defendant: Quarles & Brady, LLP

(Expert Report)

**J.D. MELLBERG FINANCIAL, ET AL. V. THE IMPACT PARTNERSHIP, LLC, ET AL.**

United States District Court, District of Arizona, Case No. 4:14-CV-02025-CRP

Attorneys for the Plaintiff: Dickinson Wright, PLLC

Attorneys for Defendant: Miller & Martin, PLLC; Fennemore Craig, P.C.

(Expert Report and Deposition)

**BANK OF THE WEST V. TRISPORTS.COM LLC, ET AL.**

Superior Court of Arizona, Pima County

Attorneys for the Plaintiff: Rusing, Lopez & Lizardi, P.L.L.C

Attorneys for Defendants: Mesch, Clark & Rothschild, P.C.

(Expert Report, Deposition and Testimony)

**WILLIAM SIU V. THE CAVANAGH LAW FIRM, P.A. and ANNETTE BURNS**

Superior Court of Arizona, Maricopa County

Attorneys for the Plaintiff: Haralson, Miller, Pitt, Feldman & McNally, PLC

Attorneys for Defendant: Jones Skelton & Hockuli, PLC

Attorneys for Defendant: Broening Oberg Woods & Wilson

(Expert Report and Deposition)

**UNITED STATES OF AMERICA V. ALEXANDER PAPAKYRIAKOU**

United States District Court, District of Arizona, Case No. CR-15-530-PHX-SRB

Attorneys for the Plaintiff: United States Department of Justice

Attorneys for Defendant: Law Office of Dana Carpenter

(Testimony)

## Eric Lee Curriculum Vitae
### Testimony and Expert Reporting Case Citations – continued (limited to last four years)

**AIRBUS DS OPTRONICS V. NIVISYS, LLC, ET AL.**
United States District Court, District of Arizona, Case No. CR-15-530-PHX-SRB
Attorneys for the Plaintiff: Seltzer & Garin, PC
Attorneys for Defendants: Beck & Hall, P.C.
(Expert Report)

**CHAPTER 11 OF TIMOTHY WRIGHT, DEBTOR**
United States Bankruptcy Court, District of Arizona
Attorneys for the Debtor: Garman Turner Gordon LLP
Attorneys for Creditor: Stinson Leonard Street PLLC
(Expert Report)

**DUAL PATH LLC, ET AL. V. ANTHONY ZANDONATTI and JULIE SILVESTRO**
Superior Court of Arizona, Maricopa County
Attorneys for the Plaintiff: Baird, Williams & Greer, LLP
Attorneys for Defendants: Quinn Law PLLC
(Expert Report and Testimony)

**OFFICER SAMUEL RASH V. TOWN OF MAMMOTH**
Superior Court of Arizona, Pinal County
Attorneys for the Plaintiff: Munger Chadwick, PLC
Attorneys for Defendant: Jackson Lewis, PC
(Expert Report)

**WELTON USA V. BEATS ELECTRONICS, LLC, ET AL.**
JAMS, Alternative Dispute Resolution, Case No. 1310021217
Attorneys for the Claimant: Strasburger & Price, LLP
Attorneys for Respondent: Morrison & Foerster, LLP
(Expert Report)

**UNITED STATES OF AMERICA V. JOHN KEITH HOOVER, ET AL.**
United States District Court, District of Arizona
Attorneys for the Plaintiff: United States Department of Justice
Attorneys for Defendant: Law Office of Zachary Cain
(Expert Report)

# Eric Lee Curriculum Vitae
## Testimony and Expert Reporting Case Citations – continued (limited to last four years)

**ABEL COMMERCIAL VENTURES, LLC, ET AL. V. JACK D. ROSE, ET AL.**
United States Bankruptcy Court, District of Arizona
Attorneys for Plaintiffs: Engelman Berger, PC and McCabe O'Donnell, PA
Attorneys for Defendants: Freeman Huber Law PLLC
(Expert Report)

**TOUCH STONE AZ-CENTRAL PROPERTIES, LLC, ET AL. V. JACK D. ROSE, ET AL.**
United States Bankruptcy Court, District of Arizona
Attorneys for Plaintiffs: Curtis Ensign, PLLC and Dennis J. Wortman, PC
Attorneys for Defendants: Freeman Huber Law PLLC
(Expert Report)

**SARKIS KARUNYAN, ET AL. V. UNITED STATES OF AMERICA, ET AL.**
United States District Court, District of Arizona
Attorneys for Plaintiffs: Udall Law Firm
Attorneys for Defendants: United States Department of Justice
(Expert Report and Deposition)

**RACHEL ROSENDEZ, ET AL. V. GREEN PHARMACUETICALS, INC.**
Superior Court of California, San Bernardino County
Attorneys for Plaintiffs: Newport Trial Group
Attorneys for Defendant: Carlos F. Negrete
(Testimony)

**ANDREW NILON, ET AL. V. NATURAL-IMMUNOGENICS CORP**
United States District Court, Southern District of California
Attorneys for Plaintiffs: Newport Trial Group
Attorneys for Defendant: Carlos F. Negrete
(Expert Report)

**MONICA SANDOVAL, ET AL. V. HYLAND'S INC., ET AL.**
Superior Court of California, San Bernardino County, Case No. CIVDS1201442
Attorneys for the Plaintiff: Newport Trial Group
Attorneys for Defendants: Fulbright & Jaworski L.L.P.
(Deposition)