UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 16-01440-JLS (DFMx) | Date | September 6, 2022 |
|---|---|---|---|
| Title | Doneyda Perez v. DirecTV Group Holdings, LLC et al | | |

PRESENT:

**HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER**

  The Court has reviewed The Supplemental Odenbreit Declaration in Support of Motion for Preliminary Approval of Settlement (Doc. 632), along with the exhibits thereto.  The Court notes that while Exhibit 4 now states, "To be valid, the Opt-Out request must be postmarked or received via email on or before the Opt-Out Deadline, which is [DATE]," Exhibit 3 still reads "To be valid, the Opt-Out request must be postmarked on or before the Opt-Out Deadline, which is [DATE]."

  Exhibit 3 should be modified to read like Exhibit 4 as to the deadline for the opt-out request.  With that modification, the revised notices are approved and may issue.

Initials of Deputy Clerk vrv