JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONEYDA PEREZ as an individual and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>               v.<br><br>DIRECTV GROUP HOLDINGS, LLC, a Delaware Corporation, LONSTEIN LAW OFFICES, P.C., a New York Professional Corporation; SIGNAL AUDITING, INC., a New York Corporation, JULIE COHEN LONSTEIN and WAYNE M. LONSTEIN,<br><br>             Defendants. | Case No.  8:16-CV-01440-JLS-DFM<br><br>**JUDGMENT** |

**JUDGMENT**

IT IS HEREBY ADJUDGED AND DECREED, pursuant to Federal Rules of Civil Procedure 23 and 58, AS FOLLOWS:

On January 23, 2023, the Court entered an Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement (the "Order") (Doc. 653). For the reasons stated in the Order, JUDGMENT IS ENTERED in accordance with the Order and this action is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

DATED:  January 26, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE