UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  8:16-cv-01440-JLS-DFM | Date:  March 07, 2025 |
| Title:  Doneyda Perez v. DirecTV Group Holdings, LLC et al | |

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE RE: FAILURE TO FILE REQUIRED DOCUMENTS**

On August 18, 2024, the Court ordered the parties to file a Joint Statement and Proposed Order regarding their recommendation of the distribution of any remaining funds in the Qualified Settlement Fund by March 3, 2025.  (Order at 3, Doc. 676.)  The Court further ordered the Settlement Administrator, Simpluris, to file a declaration by March 3, 2025, providing a summary of all the distributions and remaining funds in the Qualified Settlement Fund.  (*Id.*)  To date, the Court has received no such documents from the parties or the Settlement Administrator.

Accordingly, the Court ORDERS Plaintiffs to show cause for the failure to file the required documents no later than **three (3) days** from the issuance of this Order.  The Court will consider a timely filed Joint Statement and Proposed Order and Declaration from the Settlement Administrator an adequate response to this Order.  **Any response from Plaintiff should include the Northern District of California's Post-Distribution Accounting Form (https://cand.uscourts.gov/forms/civil-forms/), filled out in relevant part**.  Failure to timely and adequately respond to this Order may result in the imposition of monetary sanctions.
.

Initials of Preparer:  kd