## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONEYDA PEREZ as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV GROUP HOLDINGS, LLC, a Delaware Corporation, LONSTEIN LAW OFFICES, P.C., a New York Professional Corporation; SIGNAL AUDITING, INC., a New York Corporation, JULIE COHEN LONSTEIN and WAYNE M. LONSTEIN,<br><br>Defendants. | Case No.: 8:16-CV-01440-JLS-DFM<br><br>**JUDGMENT OF DISMISSAL** |

This Court having granted Plaintiff's Motion for Final Approval of Class Action Settlement, and having granted in part Plaintiff's Motion for Award of Attorneys' Fees and Costs and Enhancement Awards (Doc. 653), and having held a Final Accounting Hearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this action is dismissed with prejudice in accordance with the terms of the Settlement Agreement.

**IT IS SO ORDERED.**

DATED: September 2, 2025

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2